■ In the Matter of RAYMOND McKABA, an Attorney, Petitioner. — Motion by petitioner to set aside the petitioner's suspension from the practice of law, pursuant to section 90 (subd 4, par f) of the Judiciary Law. ¶ Motion denied as premature. Mollen, P. J., Lazer, Mangano, Gibbons and Lawrence, JJ., concur.